## United States District Court
### District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

May 28, 2020

Burden Walker, Esquire
 Assistant United States Attorney

Derek Hines, Esquire
 Assistant United States Attorney

  Re: *United States of America v. Andre Keith West*
   Criminal No.:  ELH-18-00045

Dear Counsel:

  Defendant Andre Keith West filed a Motion For Compassionate Release on April 19, 2020.  ECF 33.  The government is directed to respond by June 29, 2020.

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

           Sincerely,

            /s/
          Ellen Lipton Hollander
          United States District Judge

cc:  Andre Keith West, #63695-037