Andre Keith West
Reg. No. 63695-037
Allenwood LSCI
PO Box 1000
White Deer, PA 17887



May 28, 2020

Hon. Ellen L. Hollander, USDJ
United States District Court
District of Maryland
4415 US Courthouse
101 W. Lombard Street
Baltimore, MD 21201

        RE: USA v. Andre Keith West
            1:18-CR-00045-ELH
            Motion for Compassionate Release
            18 USC 3582(c)(1)(A)

Your Honor:

    I have received the letter from the Clerk of Court dated April 27, 2020. It stated in the letter that there would be two extended release forms accompanying the letter therewith. However, the release forms were not included with the letter and I would ask that said forms are re-transmitted.

    Additionally, the letter stated that the Office of the Public Defender for the District of Maryland has been appointed to represent me. However, to date I have not received any communication from a Public Defender on my case. I have begun the Administrative Process for release by petitioning the Warden of this institution for release, but I do not know where to send copies of the coorespondence so the same may be processed and reviewed by the Public Defender.

    I am worried that if I do not have a specific contact in the Public Defender's Office, my documents may be overlooked or misplaced. It is very difficult to secure copies of documents from the Federal Bureau of Prisons in normal times; it is even more difficult during this COVID-19 epidemic.

    I respectfully ask the Court's direction on to whom and how to transmit documentation that I have collected in support of my Motion for Compassionate Release under 18 USC 3582(c)(1)(A).

                              Respectfully submitted,

                              *Andre K. West*

                              André Keith West



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review** | **(Inmate Copy)** | SEQUENCE: 02141200 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 05-28-2020 |
| Plan is for inmate: WEST, ANDRE KEITH  63695-037 | | |

Name: WEST, ANDRE KEITH
Register No.: **63695-037**
Age: 40
Date of Birth: 08-12-1979

DNA Status: LEW04459 / 01-29-2019

---

Inmate   (WEST, ANDRE KEITH. Register No.: 63695-037)

_____
Date

Unit Manager / Chairperson                     Case Manager

Date                                            Date

Individualized Needs Plan - Program Review   (Inmate Copy)        Page 3 of 3

TRULINCS 63695037 - WEST, ANDRE KEITH - Unit: ALF-G-B

----

FROM: 63695037
TO: LSCI Warden
SUBJECT: ***Request to Staff*** WEST, ANDRE, Reg# 63695037, ALF-G-B
DATE: 04/30/2020 12:57:58 PM

To: Warden White
Inmate Work Assignment: CCS 2

Thank you for taking the time once again to review my case..Have a Bless day.

TRULINCS 63695037 - WEST, ANDRE KEITH - Unit: ALF-G-B

---

FROM: LSCI Warden
TO: 63695037
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/25/2020 05:42:02 AM


The Bureau of Prisons has now identified the following criteria for
which you must meet to be considered for home confinement. This criteria
has been developed based off of the AG Memorandums and the Cares Act,
you must meet all of the below listed criteria;
1) Primary or prior offenses are not violent;
2) Primary or prior offenses are not sex offenses;
3) Primary or prior offenses are not terrorism;
4) No detainers;
5) Must maintain 12 months of clear institutional conduct.
6) Must have a verifiable release plan.

Additionally, if the above criteria is met, the BOP will be reviewing
the following factors;

1) Inmate's security level with priority given to inmates residing in
Low or Minimum security facilities.
2) Inmates having a PATTERN risk score anything above Minimum score
will not receive priority treatment.
3) Inmate must have served at least 50% of their sentence or have less
than 18 months remaining and have served 25% of their sentence.
4) Inmate's age and vulnerability to covid-19, in accordance with the
CDC guidelines.

Although you meet the initial criteria, you will not be consideration
at this time, based on your Low Risk Recidivism Level.
If you have further questions or concerns, please contact a member of
your Unit Team.

>>> ~^!"WEST, ~^!ANDRE KEITH" <63695037@inmatemessage.com> 4/18/2020
7:34 PM >>>
To: Warden White
Inmate Work Assignment: ccs2

Dear Warden White, I am asking to be consider for home confinement . I
know I meet all of the eligible criteria for placement...Thank you and
have a bless day.

TRULINCS 63695037 - WEST, ANDRE KEITH - Unit: ALF-G-B

---

FROM: 63695037
TO: LSCI Warden
SUBJECT: \*\*\*Request to Staff\*\*\* WEST, ANDRE, Reg# 63695037, ALF-G-B
DATE: 04/21/2020 08:48:56 PM

To: Warden White
Inmate Work Assignment: ccs2

Dear Warden White, I thank you for our conversation today to help me clear up subject of home plan....My home plan upon my release in tells of a two part system..Part one is employment with mason in city which I have already made contact with temp service company who do the hiring. Second part is to work at a barbershop to finish get my barbering license that I was attempting receive before my incarceration..I have been keeping in touch with the owner of the shop who has told family member who he has stated to them when ever he's ready. I plan to do both of these things at the same time to insure I do not come back threw your doors if given a chance. I once again thank you for your time.

TRULINCS 63695037 - WEST, ANDRE KEITH - Unit: ALF-G-B

------------------------------------------------------------------------------------------

FROM: LSCI Warden
TO: 63695037
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/30/2020 08:57:02 AM

Your case is under further review by your Unit Team. Please consult with your Unit Team.

>>> ~^!"WEST, ~^!ANDRE KEITH" <63695037@inmatemessage.com> 4/25/2020 2:00 PM >>>
To: Warden White
Inmate Work Assignment: ccs2

Because the risk pattern system has been removed from the requirements would you please consider me for home confinement..Thank you and have a bless day.



## Individualized Needs Plan - Program Review   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WEST, ANDRE KEITH   63695-037

SEQUENCE: 02141200
Team Date: 05-28-2020

| | | |
|---|---|---|
| Facility: | ALF ALLENWOOD LOW FCI | Proj. Rel. Date: 02-04-2021 |
| Name: | WEST, ANDRE KEITH | Proj. Rel. Mthd: GCT REL |
| Register No.: | 63695-037 | DNA Status: LEW04459 / 01-29-2019 |
| Age: | 40 | |
| Date of Birth: | 08-12-1979 | |

### Detainers
| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments
| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALF | CCS SH2 | CCS CMPND SHIFT 2 | 07-11-2019 |

### Current Education Information
| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALF | ESL HAS | ENGLISH PROFICIENT | 01-29-2019 |
| ALF | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-29-2019 |

### Education Courses
| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALF RDAP | C | MOCK JOB FAIR INFORMATIONAL | 06-20-2019 | 06-20-2019 |
| ALF | C | RPP 6: PERSONAL GROWTH/DEVELOP | 06-10-2019 | 06-10-2019 |
| ALF | C | RPP 5: REL REQUIRE/PROCEDURES | 06-10-2019 | 06-10-2019 |
| ALF | C | RPP 4: INFORMATION & COMMUNITY | 06-10-2019 | 06-10-2019 |
| ALF | C | RPP 3: PERSONAL FINANCE | 06-10-2019 | 06-10-2019 |
| ALF | C | RPP 2: EMPLOYMENT | 06-11-2019 | 06-11-2019 |
| ALF | C | RPP 1: HEALTH & NUTRITION | 06-11-2019 | 06-11-2019 |
| ALF | C | RHU FAMOUS MALE SPORTS STARS | 05-30-2019 | 06-04-2019 |
| ALF | C | RHU AFRICAN AMERICAN HISTORY | 05-30-2019 | 06-04-2019 |
| ALF | C | RHU EARLY NORTH AMERICA | 05-08-2019 | 05-14-2019 |
| ALF | C | RHU BASICS OF BORROWING | 05-08-2019 | 05-14-2019 |

### Discipline History (Last 6 months)
| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments
| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-30-2019 |
| CARE2 | STABLE, CHRONIC CARE | 01-29-2019 |

### Current Medical Duty Status Assignments
| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 05-26-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-20-2020 |
| OTHER | OTHER MEDICAL RESTRICTION | 11-18-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-07-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-07-2019 |

### Current Drug Assignments
| Assignment | Description | Start |
|---|---|---|
| DAP FAIL W | RESIDENT DRUG TRMT FAIL-WITHDR | 03-13-2020 |
| ED EXEM | DRUG EDUCATION EXEMPT | 07-08-2019 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 03-13-2020 |
| MH CMTX NR | MENTAL HEALTH TX NOT REFERRED | 04-22-2020 |

### FRP Details
| Most Recent Payment Plan |
|---|



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 02141200
Dept. of Justice / Federal Bureau of Prisons                             Team Date: 05-28-2020
Plan is for inmate: WEST, ANDRE KEITH  63695-037

| Most Recent Payment Plan |

**FRP Assignment:**   **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 03-11-2019**
**Inmate Decision:**  **AGREED**    **$25.00**                 **Frequency: QUARTERLY**
**Payments past 6 months:**   **$0.00**   **Obligation Balance: $0.00**

### Financial Obligations

| No. | Type  | Amount   | Balance | Payable   | Status     |
|-----|-------|----------|---------|-----------|------------|
| 1   | ASSMT | $100.00  | $0.00   | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details
Trust Fund Deposits - Past 6 months:   $1,225.00          Payments commensurate ?   Y
New Payment Plan:   ** No data **

### Progress since last review
No Progress

### Next Program Review Goals
Recommend that you enroll in the following ACE/FSA classes before your next Program Review in June 2020; VT Introduction to Culinary Arts, Budget & Checkbook, Victim Impact, and FDIC Money Smart 1 & 2. Additionally, continue participation and make good progress in RDAP.

### Long Term Goals
Complete Victim Impact, Brick Walls, FDCI Money Smart 1 and 2. Enroll in VT Culinary Arts, Save $500 by PRD of November for release purposes.

### RRC/HC Placement
Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Second Chance Act Review completed in August 2019 and all topic discussed listed above. Inmate has a residence and good family support. The SCA was not completed within the 17 to 19 months due to the inmate recently receiving the time off for RDAP.

### Comments
Take responsibility for your living environment and continue to practice sound sanitation. Remove all light covers. Your cell should be free from any clothes lines or makeshift shelves. You should strive to maintain high cell and unit sanitation standards. Stay clear from any incident reports involving sanitation. It is recommended that you have your birth certificate sent into your unit team prior to your release to be placed in your central file to be given to you upon your release for post release identification.
ITT-N/A
Relo-N/A

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account __ No assets nor liabilities noted in PSR _x_ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)_____ YES __x____ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

FSA WORK SCREEN RESULTS: 1. Is there evidence the inmate had been employed for at least one year in a legitimate job? *No 2. Does the inmate have any certifications or credentials that would assist in obtaining a job? *No Conclusion: *YES Vocational Need Recommendation: *Enroll in a VT program in order to gain employment skills; try to work in an institutional work assignment that will improve your job skills/increase the depth of your workforce experience. *

```
ALFGI   606.00 *       MALE CUSTODY CLASSIFICATION FORM      *      05-13-2020
PAGE 001 OF 001                                                      15:18:59
                              (A) IDENTIFYING DATA
   REG NO..: 63695-037           FORM DATE: 05-13-2020           ORG: ALF
   NAME....: WEST, ANDRE KEITH

                                   MGTV: GRTR SECU
   PUB SFTY: NONE                  MVED: 05-13-2020
                              (B) BASE SCORING
   DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
   MOS REL.: 8                     CRIM HIST SCORE: (00) 1 POINT
   ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
   VOL SURR: (3) VOL SURR          AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (0) POOR
   LIVING SKILLS...: (1) AVERAGE   TYPE DISCIP RPT: (0) GREATEST
   FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                       --- LEVEL AND CUSTODY SUMMARY ---
   BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
   +3    +12    +1         +4       MINIMUM     LOW             IN       INCREASE

   P0027      MANAGEMENT VARIABLE HAS EXPIRED - DSCC NEEDS TO REVIEW
   G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

DATE REVIEWED: __November 14, 2019__

INSTITUTION: __LSCI Allenwood Low__   UNIT: __Union A__
INMATE NAME: __West, Andre Keith__   REG NO: __63695-037__


FIRST STEP ACT (Circle One):        ELIGIBLE   /   (**INELIGIBLE**)

RECIDIVISM RISK LEVEL (Circle One):        MINIMUM   (**LOW**)   MEDIUM   HIGH

