# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk                                            Reply to Northern Division Address
Catherine M. Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy
                                         June 24, 2020


Andre West  63695−037
FCI Allenwood Low
P.O. BOX 1000
WHITE DEER, PA 17887


Re:  USA v. Andre Keith West
     1:18−cr−00045−ELH

Dear Andre West:

We have received and docketed your motion seeking a sentence reduction pursuant to 18
U.S.C. §§ 3582(c)(1)(A), as modified by the First Step Act of 2018. Please be advised that
the Office of the Federal Public Defender for the District of Maryland has been appointed
to represent any defendant who qualifies for consideration under 18 U.S.C. §§
3582(c)(1)(A). This means that if the Federal Public Defender for this District determines
that you are eligible for compassionate release, they will secure any supporting
documentation, including any necessary transcripts, needed to supplement the motion you
have filed with the Court, and you will not have to pay the costs associated with any court
documents or filings.

To assist the Office of the Federal Public Defender and the Court in evaluating your
Motion for Compassionate Release, please file a request for compassionate release with the
warden of your institution as contemplated by 18 U.S.C. §§ 3582(c)(1)(A) and then file an
administrative appeal if the warden denies your request. Please send to the Office of the
Federal Public Defender a copy of your request to the warden and any administrative
appeal you file. If you are pursuing compassionate release based on a health condition,
please mail copies of relevant medical records to the Office of the Federal Public Defender
as well. Please address your envelope:

    Office of the Federal Public Defender
    6411 Ivy Lane, Suite 710
    Greenbelt, MD 20770
    ATTN: Compassionate Release Attorneys

In addition to contacting the Office of the Federal Defender at the address above, you can
email the attorneys handling compassionate release cases at MD_FPD_CR@fd.org.

Accompanying this letter are two standard release forms used by the Bureau of Prisons. If
you want the Office of the Federal Public Defender to be able to obtain your records from
the Bureau of Prisons, please fill out the attached release forms and mail them to the Office
of the Federal Public Defender as well.

Sincerely,

_____/s/_____
Felicia C. Cannon, Clerk


By: H. Lee, Deputy Clerk


enclosures

---

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**