IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ANDRE WEST,<br>    *Defendant.* | Criminal Action No. ELH-18-0045 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 20th day of October, 2020, by the United States District Court for the District of Maryland, **ORDERED**:

1) The Motion (ECF 38; ECF 42) is GRANTED; the sentence is reduced to time served plus fourteen (14) days.  During the 14-day period, appropriate travel arrangements shall be made to ensure the defendant's safe release and to verify the adequacy of defendant's release plan;

2) A revised Judgment and Commitment Order shall issue;

3) While traveling from his place of confinement (FCI Allenwood Low), West shall isolate himself to the best of his ability and, upon arrival at his intended residence, he shall quarantine himself for fourteen (14) days and shall not leave the residence under any circumstances, except for a medical emergency;

4) West shall be released on supervision on the terms and conditions previously set, with the following additional conditions:

    a. Subject to approval by the U.S. Probation Office, West shall live with his sister, Joy A. West, as proposed in his Motion (ECF 42-4);

b. West shall comply with all directives of federal, state, and local governments related to public health, including COVID-19.

/s/
Ellen L. Hollander
United States District Judge